ORIGINAL

HID 011 (Rev. 04/12) Media Request Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| Case Name: | Egan v. Goddard | Case No.: | 14-00189 |

Presiding District or Magistrate Judge: Susan Oki Mollway

Media Outlet: Assoicated Press (Jennifer Kelleher, Oskar Garcia, Audrey McAvoy, Cathy Bussewitz)

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 5/8/14-onward | | all proceedings in open court on the record. SOM |
| | | |
| | | |
| | | |

DATED: 5/8/14   SIGNATURE: _____

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED,

☑ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: MAY 15 2014

JUDGE OF THE U.S. DISTRICT COURT