KOSHIBA PRICE GRUEBNER & MAU
CHARLES A. PRICE, ESQ., Hawaii State Bar #5098
1003 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 523-3900
Facsimile: (808) 526-9829
Email: cprice@koshibalaw.com

WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN law corporation
PAUL E. GASPARI, ESQ., California State Bar #76496
(pending admission *pro hac vice*)
DANIEL C. ZAMORA, ESQ. California State Bar #224375
(pending admission *pro hac vice*)
475 Sansome Street, Suite 1800
San Francisco, CA 94111-3211
Telephone: (415) 433-1400
Facsimile: (415) 433-3883
Email: pgaspari@weintraub.com
dzamora@weintraub.com

Attorneys for Defendant
GARY WAYNE GODDARD

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL F. EGAN, III, | CASE NO. 1:14-cv-00189-SOM-BMK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| GARY WAYNE GODDARD, | |
| Defendant. | |
| _____/ | Complaint Filed: April 21, 2014 |

1

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below a true and correct copy of the foregoing documents will be served upon the following parties via CM/ECF:

1. Defendant Gary Wayne Goddard's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue;

2. Memorandum of Points and Authorities in Support of Defendant Gary Wayne Goddard's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue;

3. Declaration of Paul E. Gaspari in Support of Gary Wayne Goddard's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue;

4. Exhibits A-E to Gaspari Declaration;

5. Declaration of Gary Wayne Goddard in Support of Defendant Gary Wayne Goddard's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Improper Venue; and

6. Exhibits A-G to Goddard Declaration.

Mark F. Gallagher
mgallagher@haiiantel.net
    Attorney for Plaintiff
    MICHAEL F. EGAN, III

and via email directly to:

Jeff Herman
jherman@hermanlaw.com
    Attorney for Plaintiff
    MICHAEL F. EGAN, III

Dated: May 22, 2014              KOSHIBA PRICE GRUEBNER & MAU

                                      By  /s/ Charles A. Price_____
                                          Charles A. Price, Esq.
                                          Attorneys for Defendant
                                          GARY WAYNE GODDARD

**CERTIFICATE OF SERVICE**