Mark F. Gallagher
Hawaii Bar No.: 6016
mgallagher@hawaiiantel.net
66 Kaiholu Place
Kailua, Hawaii 96734
(808) 535-1500

HERMAN LAW
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel:  305-931-2200
Fax:  305-931-0877
Jeff Herman
Florida Bar No. 521647
jherman@hermanlaw.com
(pending application for *pro hac vice* admission)
Dennis E. Siegel
Florida Bar No. 258131
dsiegel@hermanlaw.com
(pending application for *pro hac vice* admission)
Lee Gill Cohen
Florida Bar No. 825670
lcohen@hermanlaw.com
(pending application for *pro hac vice* admission)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | | |
|---|---|---|
| MICHAEL F. EGAN, III, | ) | Civil Action No. 14-189 SOM-BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL OF |
| vs. | ) | PLAINTIFF MICHAEL F. EGAN, III |
| | ) | PURSUANT TO RULE 41(a)(1)(A)(i) |
| GARY WAYNE GODDARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Page 2

Plaintiff MICHAEL F. EGAN, III, by and through his undersigned attorney, hereby gives notice that pursuant to Rule 41(a)(1)(A)(i), F.R.C.P., the above captioned action is dismissed without prejudice against Defendant Gary Wayne Goddard.

Dated: June 28, 2014.

                                      Respectfully submitted,
                                      Mark F. Gallagher
                                      Hawaii Bar No.: 6016
                                      66 Kaiholu Place
                                      Kailua, Hawaii 96734
                                      mgallagher@hawaiiantel.net
                                      (808)535-1500

                                      By: /s/ Mark F. Gallagher
                                             Mark F. Gallagher

                                      HERMAN LAW
                                      3351 NW Boca Raton Boulevard
                                      Boca Raton, FL 33431

                                      Tel: 305-931-2200
                                      Fax: 305-931-0877
                                      www.hermanlaw.com
                                      Jeff Herman
                                      Florida Bar No. 521647
                                      jherman@hermanlaw.com
                                      (pending application for *pro hac vice* admission)
                                      Dennis E. Siegel
                                      Florida Bar No. 258131
                                      dsiegel@hermanlaw.com
                                      (pending application for *pro hac vice* admission)
                                      Lee Gill Cohen
                                      Florida Bar No. 825670
                                      lcohen@hermanlaw.com
                                      (pending application for *pro hac vice* admission)